## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**GEAR SERVICES, INC.**                              **CIVIL ACTION**

*Plaintiff*                              **NUMBER:**

                                        **JUDGE**

**VERSUS**

**M/V PACIFIC DAWN,**                              **SECTION:**
**her engines, tackle, furniture, apparel, equipment,**    **MAG:**
**appurtenances, etc.,** *in rem* **and**
**DAWN SERVICES, LLC,** *in personam*

        *Defendant*

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Gear Services, Inc.

(hereinafter "Gear Services"), and for its Complaint against defendants, the M/V PACIFIC

DAWN, her engines, tackle, furniture, apparel, equipment, appurtenances, etc., *in rem*, and

Dawn Services, LLC (hereinafter referred to as "Dawn Services"), *in personam,* in a cause of

action of execution of maritime lien, breach of maritime contract and open account, upon

information and belief, respectfully represents as follows:

1.

This is an admiralty and maritime claim within this Court's admiralty jurisdiction pursuant to 28 U.S.C. § 1333, Rule C of Supplemental Rules for Admiralty or Maritime Claims, Federal Rule of Civil Procedure 9(h), and the supplemental jurisdiction of this Court pursuant to 28 U.S.C. § 1367.

2.

Venue is proper in this forum as the defendant does business in this state, and part of the case or controversy arose in the forum, and some breaches occurred in the forum.

3.

Plaintiff was and now is a corporation duly organized and existing under the laws of the state of Louisiana and supplies and services marine gears and pneumatic clutches for vessels.

4.

At all material times, the M/V PACIFIC DAWN, is a 4,200 class towing vessel sailing under the U.S. Flag, VIN No. 558355, and a gross tonnage of 160 GRT.

5.

Upon information and belief, Defendant Dawn Services, LLC (hereinafter "Dawn Services") is the owner, operator, and/or charterer of the ARTIC DAWN and PACIFIC DAWN and a corporation or other business entity duly organized and existing under the laws of the state of Louisiana.

## COUNT I

## RULE C CLAIM VS. M/V PACIFIC DAWN

6.

Gear Services provided parts and labor and other related services to Dawn Services for the M/V ARTIC DAWN and M/V PACIFIC DAWN and incurred invoices totaling $188,952.81, including interest, attached hereto as Exhibit A.   The invoices were past due and outstanding.

7.

On October 4, 2010, Gear Services made demand on Dawn Services to satisfy the outstanding invoices.  *See* Exhibit B.

8.

Dawn Services has made partial payment on the outstanding invoices.   However, Invoice Number 47320 in the amount of $107,509.85, exclusive of interest, for parts and labor and other related services for the M/V PACIFIC DAWN remains outstanding.   *See* Exhibit C.

9.

Upon information and belief, the defendant M/V PACIFIC DAWN is now or during the pendency of this action, will be within the District at or near the Port of New Orleans.

10.

Plaintiff relied on the credit of the vessel in advancing the maritime necessaries to the M/V PACIFIC DAWN.

11.

Dawn Services and the M/V PACIFIC DAWN are in default of their agreements with Gear Services, and have failed to fully pay open invoices and as a result plaintiff has been damaged.

12.

Plaintiff has been damaged in the amount of $107,509.85, exclusive of interest, as a result of the breach of the agreements, failure to pay open invoices for services provided to the vessels.

13.

Gear Services has made amicable demand for the outstanding balances to no avail.

14.

By reason of defendants' failure to make payment, Gear Services has a maritime lien against the M/V PACIFIC DAWN, her engines, tackle and gear, *in rem*, for the sum of $107,509.85, plus interest, costs and attorneys' fees.

15.

All and singular, the foregoing premises are true and correct and within the admiralty maritime jurisdiction of this Honorable Court.

## COUNT II

### IN PERSONAM CLAIM VS. DAWN SERVICES FOR BREACH OF MARINE CONTRACT AND OPEN ACCOUNT

Plaintiff re-alleges and reaffirms paragraphs 1-15 and would further allege:

16.

Dawn Services is justly and truly indebted to Gear Services in the amount of $107,509.85, exclusive of interest, together with legal interest from the date of demand, until finally paid, for reasonable attorney fees, and for all costs incurred in connection herewith, pursuant to Louisiana Revised Statutes § 9:2781 et seq., for the following reasons to wit:

17.

Pursuant to an agreement between the parties, Gear Services agreed to provide parts and labor and other related services to Dawn Services for the M/V PACIFIC DAWN at rates and costs agreed upon by the parties, to be paid by Dawn Services to Gear Services, and an open account was maintained related to the use of said vessels and services and the costs accured thereto.

18.

Dawn Services' open account with Gear Services accrued a bill of $107,509.85, which was invoiced on September 8, 2010. *See* Exhibit A.

19.

On October 4, 2010, Gear Services again requested payment on the above-referenced invoices and the balance remaining due. *See* Exhibit B.

20.

Despite amicable demands, Gear Services has not paid the balance of $107,509.85 for Invoice Number 47320 due on this account, exclusive of interest.

21.

Pursuant to Louisiana Revised Statutes § 9:2781, the Complaint of Gear Services constitutes written demand correctly setting forth the amount owed, and Gear Services is entitled to reasonable attorneys' fees for the prosecution and collection of this claim in the event Dawn Services fails to pay the amount due within fifteen (15) days after service of the Complaint herein.

**WHEREFORE**, plaintiff, Gear Services, Inc., prays:

-5-

1.      That this Court enter judgment, *in personam*, in favor of plaintiff, Gear Services, Inc., and against defendant, Dawn Services, LLC in the amount of $107,509.85, plus interest and any additional amounts proved at the trial of this cause, plus attorney's fees, costs, expenses, and prejudgment interest, for its damages as aforesaid, upon any decree in these proceedings;

2.      That process *in rem* pursuant to Rules C of the Supplemental Rules for Admiralty or Maritime Claims, may issue against the M/V PACIFIC DAWN, her engines, tackle and gear, and that all persons having or claiming any interest therein be cited to appear in and answer, under oath, all and singular the matters aforesaid; and that the M/V PACIFIC DAWN, her engines, tackle and gear be seized, condemned and sold to satisfy the plaintiff's judgment;

3.      That any property arrested in this proceeding may be sold under the direction of this Court and the proceeds of the sale be brought into this Court;

4.      That Dawn Services is justly and truly indebted to Gear Services in the amount of $107,509.85, exclusive of interest, together with legal interest from the date of demand, until finally paid, for reasonable attorney fees, and for all costs incurred in connection herewith, pursuant to Louisiana Revised Statutes § 9:2781 et seq.; and

5.      That this Court may grant plaintiff such other and further relief as may be just and proper.

Respectfully submitted,

_____

ROBERT R. JOHNSTON, T.A. (#22442)
ANTHONY D'ALTO, II (27790)
FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: (504) 523-2600
Facsimile: (504) 523-2705
Attorneys for Gear Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have served on this _25_ day of _February_,

2011, filed the foregoing pleadings on the Clerk of Court by using the CM/ECF system, which

will send a notice of electronic filing to all counsel of record.

_____